UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DONNA HEDGES, *for herself and on behalf of all other persons similarly situated*,

                        Plaintiff,

-against-

BRICK PLUS MORTAR LLC,

                        Defendant.

------------------------------------------------------------x

ORDER

21 Civ. 844 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on October 26, 2021 is hereby adjourned to November 30, 2021 at 9:30 a.m.

Dated: October 26, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE