UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

DONNA HEDGES, *for herself and on behalf of all other persons similarly situated*,

                     Plaintiff,

-against-

BRICK PLUS MORTAR LLC,

                     Defendant.

------------------------------------ X

ORDER

21 Civ. 844 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 29 2021

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on November 30, 2021 is hereby adjourned to January 11, 2022 at 9:30 a.m.

Dated: November 29, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE