UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

DONNA HEDGES, *for herself and on behalf of all other persons similarly situated*,

                Plaintiff,

-against-

BRICK PLUS MORTAR LLC,

                Defendant.

------------------------------------ x

ORDER

21 Civ. 844 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on January 11, 2022 is hereby adjourned to March 1, 2022 at 9:30 a.m.

Dated: January 6, 2022
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE