UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, for herself and on behalf of all other persons similarly situated,

Plaintiff,

–against–

BRICK PLUS MORTAR LLC,

Defendant.



21 CV 00844 (GBD)

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 0 2 2022

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: *Justin Zeller*

Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
February 24, 2022

1